IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL OBASOLUYI,                        *

       Petitioner,                  *

v.                                        Case No.  4:25-cv-169 (CDL)

                                          *

Warden, STEWART DETENTION CENTER,

                                          *

       Respondent.

                                          *

## J U D G M E N T

Pursuant to this Court's Order dated September 24, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of September 2025.

                                    David W. Bunt, Clerk

                                    s/ Timothy L. Frost, Deputy Clerk